UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MICHAEL MCFARLAND,

    Plaintiff,

vs.

MICHAEL LONG, *et al.*,

    Defendants.

Case No. 2:16-cv-00930-RFB-GWF

**ORDER**

    This matter is before the Court on Plaintiff's Motion to Extend Time for Service (ECF No. 10), filed on July 22, 2016.

    Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 26-4, extensions of time may be granted for good cause shown. Further, Rule 4(m) of the Federal Rules of Civil Procedure – which governs the time limit of service – allows the court to grant an extension of time for service if the plaintiff can show good cause for the failure to timely serve a defendant. Here, the Court finds that Plaintiff has provided sufficient good cause to warrant the requested thirty (30) day extension. Accordingly,

    **IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Time for Service (ECF No. 10) is **granted**. Plaintiff shall have until **October 24, 2016** to effectuate service on Defendants Louis Hoch and Larry Morrison.

    DATED this 25th day of July, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge