**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL MCFARLAND, ) | |
|     Plaintiff, ) | Case No. 2:16-cv-00930-RFB-GWF |
| vs. ) | **ORDER** |
| MICHAEL LONG, *et al.*, ) | |
|     Defendants. ) | |

    The undersigned United States Magistrate Judge for the District of Nevada hereby recuses himself from the above-entitled matter in order to avoid the appearance of impropriety, in a proceeding in which his impartiality might reasonably be questioned.  Code of Judicial Conduct, Canon 3(E)(1) and 28 U.S.C. § 455(a).

    Based on the foregoing and good cause appearing therefor,

    **IT IS ORDERED** that this matter shall be returned to the Clerk of the Court for random reassignment to another Magistrate Judge.

    DATED this 28th day of July, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge