UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MICHAEL McFARLAND,<br><br>  Plaintiff,<br>v.<br>MICHAEL R. LONG, et al.,<br><br>  Defendant. | Case No. 2:16-cv-00930-RFB-PAL<br><br>ORDER |

This matter is before the court on the parties' failure to file a proposed stipulated discovery plan and scheduling order. The Complaint (ECF No. 1) in this matter was filed April 25, 2016. Defendants filed a Motion to Dismiss (ECF No. 12) July 26, 2016. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within thirty days after the first defendant answered or otherwise appeared, and fourteen days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

**IT IS ORDERED:**

1. The following discovery plan and scheduling order dates shall apply:

    a. The parties shall meet and/or confer as required by Fed. R. Civ. P. 26(f) not later than **September 28, 2016**.

    b. Last date to complete discovery: **January 23, 2017**

    c. Last date to amend pleadings and add parties: **October 24, 2016.**

    d. Last date to file interim status report: **November 23, 2016**

    e. Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): **November 23, 2016**

    f. Last date to disclose rebuttal experts: **December 23, 2016**

      g.      Last date to file dispositive motions: **February 21, 2017**

      h.      Last date to file joint pretrial order: **March 23, 2017.** In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

2. The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.

3. Applications to extend any dates set by this discovery plan and scheduling order shall, in addition to satisfying the requirements of LR 6-1, be supported by a showing of good cause for the extension. All motions or stipulations to extend discovery shall be received no later than **January 3, 2017,** and shall fully comply with the requirements of LR 26-4.

DATED this 14th day of September, 2016.

                                              PEGGY A. LEEN
                                              UNITED STATES MAGISTRATE JUDGE