AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Michael McFarland,

                Plaintiff,

v.

Michael R Long, et al.,

                Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:16-cv-00930-RFB-PAL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Defendants and against Plaintiff.

10/12/2018  
Date

DEBRA K. KEMPI  
Clerk

/s/ M. Reyes  
Deputy Clerk